1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL A. HEMESATH
   OWEN ROTH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,              CASE NO.  2:17-MJ-00039-CKD

13                    Plaintiff,          [PROPOSED] FINDINGS AND ORDER
                                          EXTENDING TIME FOR PRELIMINARY
                   v.                     HEARING PURSUANT TO RULE 5.1(d)
14
   MICHAEL SNOWDEN-HALL,                  DATE: March 14, 2017
15                                        TIME: 2:00 p.m.
                      Defendant.          COURT: Hon. Deborah Barnes
16

17

18        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d), filed by the parties in this matter on March 13, 2017.  The Court hereby finds

20 that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause

21 for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

   [PROPOSED] FINDINGS AND ORDER                    1

1   Criminal Procedure, and that the extension of time would not adversely affect the public interest in the

2   prompt disposition of this criminal case.

3          THEREFORE, FOR GOOD CAUSE SHOWN:

4          1. The date of the preliminary hearing is extended to March 20, 2017, at 2:00 p.m.

5          2. Defendant shall appear at that date and time before the Magistrate Judge on duty.

6

7          IT IS SO ORDERED:

8   Dated:  March 13, 2017

9

10

11                                              DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINDINGS AND ORDER                                2