DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, CA 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
MICHAEL SNOWDEN-HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SNOWDEN-HALL et. al.,<br><br>Defendant. | No. 2:17-CR-044 KJM<br><br>**REQUEST FOR COURT ORDER TEMPORARILY RELEASING DEFENDANT MICHAEL SNOWDEN-HALL'S PASSPORT AND ORDER** |

    Defendant, Michael Snowden-Hall, by and through his counsel Dwight M. Samuel, Esq. hereby requests the Court issue an order temporarily releasing his passport to his attorney, Mr. Samuel, or his representatives, Niki Serna or Lisa Gara, to allow them to make a copy at the Clerk's Office. Pursuant to the conditions of his pre-trial release, Mr. Snowden-Hall surrendered his passport to US Pretrial Services Office Steve Sheehan. The passport was received from Mr. Sheehan March 6, 2017 and routed to the vault where it remains. Counsel or his representative will copy the passport at the Clerk's Office and immediately return. Accordingly, the defendant requests the Court issue a court order temporarily releasing his passport.

Date: November 14, 2017                         /s/ Dwight M. Samuel
                                                          Attorney for Defendant
                                                          MICHAEL SNOWDEN-HALL

**ORDER**

It is hereby ordered that defendant Michael Snowden-Hall's passport may be temporarily released to his counsel or his counsel's representative to allow them to make a copy in the Clerk's Office before immediately returning it.

Dated: November 14, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE