HAYES H. GABLE III
Attorney at Law
1001 G Street, Suite 104
Sacramento, California 95814
Telephone: (916) 446-3331
Email: hhgable@gmail.com

Attorney for Defendant
MICHAEL SNOWDEN-HALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-0044 KJM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| MICHAEL SNOWDEN-HALL, | |
| Defendant | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath, and defendant Michael Snowden-Hall, by and through his attorney of record, Hayes H. Gable III, agree and stipulate that the defendant's special conditions of release (ECF No. 6) be modified as follows:

DELETE item no. 4 relating to third-party custody. As a result, the THIRD PARTY CUSTODY agreement (ECF no. 9) is rendered null and void.

Pretrial Services Officer Steve Sheehan agrees with this modification.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation and

STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE – 1

order.

Dated:  July 12, 2018

Respectfully submitted,

/s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant U.S. Attorney


/s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
MICHAEL SNOWDEN-HALL


**ORDER**

Based upon the foregoing stipulation of the parties and with the agreement of the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified as set forth above.  All other conditions of release are to remain in full force.

**IT IS SO ORDERED.**

Dated:  July 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE