1 HAYES H. GABLE III
Attorney at Law
2 State Bar No. 60368
1001 G Street, Suite 104
3 Sacramento, CA 95814
(916) 446-3331
4 Fax: (916) 447-2988
 hhgable@gmail.com
5
Attorney for Defendant
6 MICHAEL SNOWDEN-HALL

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 **UNITED STATES OF AMERICA,**

No. 2:17-cr-0044 KLM

13 Plaintiff,

**STIPULATION FOR MODIFICATION OF PRETRIAL RELEASE CONDITION RE: DRUG TESTING; [PROPOSED] ORDER**

14 vs.

15 **MICHAEL SNOWDEN-HALL,**

16 Defendant(s).

Judge: Hon. Allison Claire

17

18

19 **STIPULATION**

20     Plaintiff, United States of America, by and through its counsel, Assistant United States

21 Attorney Paul A. Hemesath, and defendant Michael Snowden-Hall, by and through his attorney of

22 record, Hayes H. Gable III, agree and stipulate that the defendant's special conditions of release

23 (ECF no. 6) be modified to delete the requirement of electronic monitoring (No. 10).

24     Since his release, the defendant has complied with all the term and conditions of his pretrial

25 release.

26     The undersigned has sought and obtained the approval of Pretrial Services Officer Darryl

27 Walker is in favor of the above-stated request.

28

1

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: February 26, 2020

        Respectfully submitted,

        MCGREGOR W. SCOTT
        United States Attorney

        By: /s/ Paul A. Hemesath
        PAUL A. HEMESATH
        Assistant U.S. Attorney

        ls/Hayes H. Gable, III
        HAYES H. GABLE, III
        Attorney for Defendant
        MICHAEL SNOWDEN-HALL

**ORDER**

Based upon the foregoing stipulation of the parties and with the agreement of the pretrial services officer, and good cause appearing, the Court grants the defendant's request that the terms of the special conditions of release be modified to delete the requirement of drug and alcohol testing. All other conditions of release are to remain in full force and effect.

**IT IS SO ORDERED.**

Dated: February 27, 2020

        _/s/ Allison Claire_
        ALLISON CLAIRE
        UNITED STATES MAGISTRATE JUDGE