UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

**Honorable Kimberly J. Mueller**
**Chief United States District Judge**
Sacramento, California

RE: Michael Snowden-Hall
Docket Number: 0972 2:17CR00044-2
<u>Request to Suspend Special Condition #6</u>

Your Honor:

On August 15, 2023, Snowden-Hall appeared in Court and was sentenced to Time Served with a special condition of six months location monitoring (home detention) while on supervised release. After court, Snowden-Hall reported to the Probation Department and advised he is homeless. As the location monitoring condition is unenforceable without a stable residence, it is requested the condition be suspended until stable housing is established.

**Respectfully submitted,**

*/s/ Julie L. Besabe*

**Julie L. Besabe**
Sr. United States Probation Officer

**Reviewed by,**

*/s/ Molly McSorley*

**Molly R. McSorley**
Supervisory United States Probation Officer

**Dated:** August 15, 2023
Sacramento, California

---

## ORDER OF THE COURT

**THE COURT ORDERS:**

☒ Approved     ☐ Disapproved

August 22, 2023
**Date**

*/s/ Kimberly J. Mueller*
**Kimberly J. Mueller**
**Chief United States District Judge**

REV. 01/2021
CAE___MEMO___COURT (W ORDER)

RE: **Michael Snowden-Hall**
**Docket Number: 0972 2:17CR00044-2**
**Request to Suspend Special Condition #6**

Attachment(s)

cc: Alexis Klein
Assistant United States Attorney

Hayes H. Gable III
Defense Counsel